THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. METRO ZOGAS, Appellant.— Judgment of conviction of the County Court of Queens county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS RUBIN, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— Order dismissing writ of habeas corpus and remanding relator affirmed. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

REALTY ASSOCIATES, INC., and Others, Respondents, v. ALLIED REALTY ASSOCIATES, INCORPORATED, and GEORGE A. HIRLIMAN, Appellants.—Appeal dismissed, with ten dollars costs and disbursements, upon the ground that since the denial of their motion to dismiss the complaint for insufficiency the defendants have served their answer and must, therefore, be deemed to have abandoned their appeal. (*Nygaard Flooring Co., Inc.*, v. *814 Forty-fourth Street Corporation*, 232 App. Div. 779.) Young, Kapper, Hagarty, Carswell and Davis, JJ., concur.

ISAAC RUDOWITZ and STAR HEXAGON BOX CORPORATION, Respondents, v. WILLIAM CONESCU and LOUIS BLUMENSTOCK, Appellants.— Order modified so as to provide that items 5 and 7(a) of the notice of motion be also allowed, and as so modified affirmed, in so far as appealed from, without costs; respondents to serve the particulars within ten days after the completion of the examination of defendants before trial. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

FREDERICK A. SCHLANGER and ELSIE SCHLANGER, Appellants, v. EDWARD WEISS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.